UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOL DARK,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No:  1:23-cv-04548-SDA<br><br>ORDER GRANTING ECF NO. 16 |

Pursuant to the scheduling order, and for cause shown, the Court orders and decrees that the parties shall have an extension of time in which to submit Plaintiff's brief until January 13, 2024, the Commissioner's brief be due on March 13, 2024 and the Reply brief due on March 27, 2024.

Date: November 13, 2023  _____
HON. STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE