USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/08/2024

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOL DARK | ) Case No: 1:23-cv-04548-PAE-SDA |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Pursuant to the scheduling order, and for cause shown, the Court orders and decrees that the parties shall have an extension of time in which to submit Plaintiff's brief until February 12, 2024, the Commissioner's brief be due on April 13, 2024 and the Reply brief due on April 27, 2024.

Date: January 8, 2024

_Stewart D. Aaron_
HON. STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE

-1-